UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANCIS BROWN, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 4:11CV1717 JAR (TIA) |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Terry I. Adelman.  (ECF No. 27).  Therein, Magistrate Judge Adelman recommends dismissing Francis Brown's pro se §2241 habeas petition.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [27] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Francis Brown's pro se §2241 habeas petition [1] is **DENIED**, and his claims are **DISMISSED** with prejudice.
.

Dated this 4th day of September, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE